```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
PAOLA D. VERA,                                                :
                              Plaintiff,                      :
                                                              :     17 Civ. 3123 (LGS)
          -against-                                           :
                                                              :          **ORDER**
THE DONADO LAW FIRM, et al.,                                  :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/05/2018

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 28, 2017, Plaintiff Paola D. Vera filed this action against Defendants The Donado Law Firm, Valmiro L. Donado, Mauricio Villamarin, Elizabeth Martinez and American Legal Counsels PLLC Law Firm alleging breach of contract and gender and/or disability discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq., the New York State Human Rights Law, N.Y. Exec. Law § 290 et seq., and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-101 et seq.;

WHEREAS, on December 21, 2017, Magistrate Judge Freeman issued a Report and Recommendation ("R&R") to enter a default judgment in Plaintiff's favor, under Rule 16(f)(1), against Defendant Villamarin, in an amount to be determined upon a damages inquest;

WHEREAS, Defendant Villamarin did not timely file an objection;

WHEREAS, the Report and Recommendation is not "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). It is hereby

**ORDERED** that the R&R is adopted. For the reasons stated in the R&R, default judgment is entered in Plaintiff's favor against Defendant Villamarin. By separate order, this matter will be referred to Judge Freeman for an inquest on damages.

The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff and pro se Defendant.

Dated: January 5, 2018
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE